```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 00093
   BEVERLY A FECUNDO
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-5913


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/03/07 and confirmed on 05/03/07.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $   6410.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
ACCREDITED HOME LENDERS    CURRENT MORTG         .00            .00            .00
ACCREDITED HOME LENDERS    MORTGAGE ARRE     1289.26            .00        1289.26
IRWIN HOME EQUITY          SECURED               .00            .00            .00
IRWIN HOME EQUITY          MORTGAGE ARRE     6842.59            .00         327.26
AARGON AGENCY INC          UNSECURED         2766.06            .00            .00
ACTIVITY COLLECTION SVC    UNSECURED          645.00            .00            .00
CCA                        UNSECURED         NOT FILED          .00            .00
CREDIT BUREAU CENTRAL      UNSECURED         1030.00            .00            .00
JJ MACINTYRE CO INC        UNSECURED         NOT FILED          .00            .00
MILLENIUM CREDIT CONSULT   UNSECURED         NOT FILED          .00            .00
NICOR GAS                  UNSECURED         1074.67            .00            .00
TOYOTA MOTOR CREDIT CORP   UNSECURED         NOT FILED          .00            .00
AUGUSTA VILLAGE HOME ASS   SECURED           1968.21            .00        1968.21
         Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10100.06         .00       5515.73        .00       15615.79
PRINCIPAL PAID       3584.73         .00            .00        .00        3584.73
INTEREST PAID            .00         .00            .00        .00             .00
TOTAL PAID           3584.73         .00            .00        .00        3584.73
The Debtor's attorney, DEBRA J VORHIES-LEVINE        , was allowed $   3000.00
and was paid $    400.00  direct and $   2600.00  through the plan.

The Trustee received $    225.27 .

Refunds to the Debtor totaled $      .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 07/16/08                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```